# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LORI BRAUN, as Administratrix of the
Estate of Cassandra Braun, deceased,
Individually and on Behalf of all Wrongful
Death Beneficiaries of Cassandra Braun**                                                      **PLAINTIFF**

VS.                                    4:18-cv-00334-BRW

**TROOPER BRIAN RAY BURKE, *ET AL.***                              **DEFENDANTS**

## JUDGMENT

Based on the order entered today granting Defendants' Motions for Summary Judgment, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 30th day of August, 2019.

                                                      Billy Roy Wilson
                                                      UNITED STATES DISTRICT JUDGE